AO 245D (CASD) (Rev. 4/14) Judgment in a Criminal Case for Revocations
 Sheet 1

# UNITED STATES DISTRICT COURT

14 OCT 16  AM 8:27

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**V.**

ALVARO ARIZAGA (01)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)  DEPUTY
(For Offenses Committed On or After November 1, 1987)

Case Number: 11CR5930-AJB

Amy F. Kimpel FD
_____
Defendant's Attorney

**REGISTRATION No.** 95920198

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No. One _____

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Unlawful use of a controlled substance and/or Failure to Test; VCCA (Violent Crime Control Act) (nv3) |

   Supervised Release   is revoked and the defendant is sentenced as provided in pages 2 through   2   of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

        IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 10, 2014
_____
Date of Imposition of Sentence

_____

HON. ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE

11CR5930-AJB

AO 245D (CASD) (Rev. 4/14)  Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: ALVARO ARIZAGA (01)
CASE NUMBER: 11CR5930-AJB

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
TWELVE (12) MONTHS

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .
    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____   to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

11CR5930-AJB